UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:16-cr-005-NT |
| | ) | |
| STEPHANIE STEVENS | ) | |

**PROSECUTION VERSION**

If this case were to proceed to trial, the government would prove that on about June 5, 2013, in the District of Maine, the defendant made a false statement in connection with the acquisition of a firearm, in violation of 18 U.S.C. § 922(a)(6), and was a felon in possession of that firearm, in violation of 18 U.S.C. § 922(g)(1). The government would prove the following facts through witness testimony, physical evidence and documentary evidence.

On June 5, 2013, the defendant visited Black Dog Arms, a federal firearms licensee (FFL) located in Harrison, Maine, and purchased a Stag Arms, model Stag-15 5.56 caliber rifle bearing serial number 272653. During the transaction, the defendant was presented with an ATF Form 4473, commonly referred to as the FBI National Instant Check System (NICS) or "Brady background check" form, which is required to be completed in order to acquire a firearm from an FFL. With regard to question 11(c) on the ATF form, the defendant answered "No" when asked, "Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?" In fact, according to records from the Circuit Court of Fairfax County, Virginia, the defendant had previously been convicted of obtaining money by false pretenses in criminal number FE-2008-1308, judgment having entered on about December 5, 2008, and embezzlement in criminal number FE-2010-1660, judgment having entered on about January 28, 2011, both crimes punishable by a term of imprisonment exceeding one year.

Based on the information provided by the defendant on the completed ATF Form 4473, including her married name and a new social security number issued to her after she was convicted of the above-referenced felony crimes, the FFL submitted the information to the FBI NICS/Brady Center and received a "proceed" response.  The FFL accordingly proceeded with the transaction and transferred the firearm to the defendant who took possession of it and departed the premises.

In a recorded interview of the defendant conducted by ATF agents on September 2, 2015, she confirmed her purchase of the Stag Arms, model Stag-15 5.56 caliber rifle from Black Dog Arms on June 5, 2013, explaining that she had purchased the firearm as a gift for her husband. The defendant further acknowledged that she had two prior felony convictions under her maiden name (Forsyth) in Virginia.

ATF agents also proceeded to the defendant's residence in Wales, Maine, and interviewed her husband who acknowledged that the defendant purchased the above-described firearm for him.  The defendant's husband voluntarily relinquished custody of the firearm to the agents.  An examination of the firearm revealed that it was, in fact, the same Stag Arms, model Stag-15 5.56 caliber rifle purchased by the defendant on June 5, 2013.  This firearm was manufactured outside the District of Maine.

Dated:  March 24, 2016                                                          Thomas E. Delahanty II
                                                                                                United States Attorney

                                                                                                /s/ Jamie R. Guerrette
                                                                                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2016, I electronically filed this Prosecution Version with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Adam Sherman, Esq.
    asherman@lawyers-maine.com

    Thomas E. Delahanty II
    United States Attorney

    /s/ Jamie R. Guerrette
    Assistant United States Attorney
    United States Attorney's Office
    100 Middle Street
    Portland, Maine 04101
    (207) 780-3257
    jamie.guerrette@usdoj.gov