UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. STEPHANIE V STEVENS

DOCKET NO:  2:16-cr-00005-NT

PROCEEDING TYPE: SENTENCING

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Character Letter | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 2 |  | Character Letter | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 3 |  | Character Letter | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 4 |  | Character Letter | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 5 |  | Character letter | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 6 |  | University Enrollment Records | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 7 |  | University Correspondence | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 8 |  | University Correspondence | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 9 |  | University Correspondence | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 10 |  | Photo | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  | 11 |  | Video/CD | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
| 1 |  |  | Maine Department of Corrections Affidavit | 7/25/2016 | 7/25/2016 |  | 7/25/2016 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |